# UNITED STATES DISTRICT COURT

JAN 09 2015

for the
Western District of Virginia

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:15mj3
)
718 Oakview Avenue, Unit C-3 )
Bristol, VA )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
718 Oakview Ave, Unit C-3, Bristol, VA (including the resid., persons present, and vehicles in the vicinity of the resid. provided keys to or operators of the vehicles are found in the resid.) Attachment A consists of a photo of the resid.

located in the ____Western____ District of ____Virginia____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Manufacture/Distribute Methamphetamine |
| 21 USC 846/841(a)(1) | Conspiracy to Manufacture/Distribute Methamphetamine |

The application is based on these facts:
See Attachment C

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/9/15

_____
*Judge's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

# ATTACHMENT A



718 Oakview Avenue, Unit C-3, Bristol, VA

ATTACHMENT B

1. Methamphetamine laboratory precursors, chemicals, and equipment (and original packaging of same) including the following: pseudoephedrine, ammonium nitrate (e.g. instant cold packs), lithium (e.g. batteries containing lithium), sodium hydroxide (e.g. Red Devil Lye), petroleum ether/petroleum naphtha/white gas (e.g. Coleman Fuel, lighter fluid), muriatic acid, sulfuric acid, table salt, aluminum foil, plastic soda bottles (empty or no longer containing original contents), glass mason jars, plastic food storage containers, Ziplock-type plastic bags, plastic tubing, electrical tape and/or duct tape, coffee filters, pipe cutters (used to cut open lithium batteries), electric hot plates/electric skillets, frying pans, razor blades, digital scales, funnels, and stirring utensils.

2. Unidentified powders (processed/semi-processed precursors, chemicals).

3. Glass jars and plastic bottles/storage containers filled with unidentified liquids or sludges (processed/semi-processed precursors and other unidentified mixtures related to the manufacturing of methamphetamine)

4. Devices used to communicate with methamphetamine manufacturing co-conspirators including cellular telephones, pagers, and two-way radios; electronic equipment used for counter-surveillance to include scanners, anti-bugging devices, and video surveillance cameras.

5. Firearms, including but not limited to handguns, rifles, and shotguns that are commonly used by individuals to protect clandestine methamphetamine manufacturing related operations and controlled substances.

6. Books, receipts, ledgers, notes, and videos pertaining to the illicit manufacturing of methamphetamine and the purchasing, transporting, and preparation of methamphetamine precursors, chemicals, and equipment.

7. Messages/letters, telephone numbers/call records/contact information, names, and addresses relating to the illicit manufacturing of methamphetamine and the purchasing, transporting, and preparation of methamphetamine precursors, chemicals, and equipment. These messages/letters, telephone numbers/call records/contact information, names, and addresses may be written on personal calendars, personal address/telephone books, Rolodex type indices, notebooks, loose pieces of paper, and found in mail.

8. Photographs and videos depicting persons involved with/engaged in the manufacturing/use of methamphetamine and/or the purchasing, preparing, and storing of methamphetamine laboratory precursors, chemicals, and equipment.

ATTACHMENT B (Continued)

9. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs (including digital), keys, receipts, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

10. Many of the items listed in Paragraphs 6 through 9 are commonly stored in/on digital media. Therefore, digital media (including but not limited to computers/computer hard drives, floppy disks, CD's, flash/jump drives, personal digital assistants (PDA's), cellular/smart telephones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined specifically for the items listed in Paragraphs 6 through 9.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for the premises known as 718 Oakview Avenue, Unit C-3, Bristol VA. This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to manufacture methamphetamine and/or manufacturing methamphetamine at 718 Oakview Avenue, Unit C-3, Bristol, VA in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (23) years. During my employment I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I am a graduate of both the DEA's Clandestine Laboratory Investigation/Safety Certification Program and the DEA's Clandestine Laboratory Site Safety Officer School. I have participated in the execution of more than (300) narcotics related search warrants and the seizure and dismantling of more than (200) clandestine methamphetamine laboratories. I have testified as an expert on multiple occasions in Federal Court and State Court regarding the clandestine manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my personal participation in the investigation of Christopher Michael Blankenship, Kimberly Denise Dillard, Kamala O'Quinn, and Katelyn Duncan, and information provided by other law enforcement officers.

5. The manufacturing of methamphetamine (a Schedule II Controlled Substance) by way of the ammonium nitrate/lithium metal method (also known as the "shake and bake" or "one pot" method) requires pseudoephedrine/ephedrine (obtained through the processing of cold/allergy pills, tablets, gelcaps, and liquids containing pseudoephedrine or ephedrine), ammonium nitrate (found in instant cold packs), and lithium metal (found in lithium batteries). Other chemicals/ingredients commonly used during the ammonium nitrate/lithium metal method include sodium hydroxide (e.g. Red Devil Lye), petroleum ether/petroleum naphtha/white gas (e.g. Coleman Fuel, lighter fluid), acetone, muriatic acid, sulfuric acid, table salt, and aluminum foil. Equipment/tools commonly used during the manufacturing of methamphetamine include soda bottles, glass mason jars, plastic food storage

containers, plastic tubing, electrical tape and/or duct tape, coffee filters, pipe cutters (often used to open lithium batteries), Ziplock-type plastic bags, frying pans/electric skillets/propane burners (to dry the methamphetamine), razor blades, digital scales, funnels, and stirring utensils.

6. Individuals who manufacture methamphetamine usually use and sell/trade the methamphetamine they manufacture. These manufacturers routinely have other persons (hereafter referred to as "shoppers") assist them in the purchasing of precursors, chemicals, and equipment/supplies needed to manufacture methamphetamine. Manufacturers will regularly pay shoppers in methamphetamine (to use and sell) and/or cash for their assistance.

7. During September 2014, law enforcement recovered an ammonium nitrate/lithium metal methamphetamine lab related reaction vessel ("cook bottle") and an acid gas generator in the commons area (beach/shore area access) of Lakeshore Drive, Abingdon, VA. During this same time period, two sources of information (concerned citizens - hereafter referred to as "SOI#1" and "SOI#2) have been providing information to law enforcement regarding the activities of subjects residing at 21670 Lakeshore Drive, Abingdon, VA.

    SOI#1 advised law enforcement that he/she suspects that the subjects residing at 21670 Lakeshore Drive, Abingdon, VA are involved with the manufacturing of methamphetamine. On multiple occasions, SOI#1 has observed a subject at the residence shaking a bottle and then removing the lid/cap [consistent with the standard practice by methamphetamine manufacturers of agitating and then releasing the pressure of a reaction vessel during the manufacturing of methamphetamine via the ammonium nitrate/lithium metal method] while standing in the driveway during the early morning hours (e.g. 1:00am). SOI#1 has attended a methamphetamine manufacturing awareness class presented by law enforcement.

    SOI#2 advised law enforcement that he/she suspects that the subjects residing at 21670 Lakeshore Drive, Abingdon, VA are involved with the manufacturing of methamphetamine. SOI#2 has observed a lot of traffic (unusually heavy volume for the neighborhood) to and from the residence involving short visits. SOI#2 advised law enforcement on 09-24-2014 that one of the residents of 21670 Lakeshore Drive, Abingdon, VA purchased an instant cold pack at the Dollar General store on Main Street in Abingdon, VA during the morning of 09-24-2014.

8. During October 2014, SOI#1, SOI#2, and another source of information who resides in the Lakeshore Drive, Abingdon, VA neighborhood, advised law enforcement that "Mikey" (Christopher Blankenship) is driving a silver colored sedan to the commons area of Lakeshore drive and meeting with other persons/vehicles. Law enforcement knows the silver colored sedan (having VA license plates WMU-8837) to be a 2008 Acura registered to an individual with the last name of O'Quinn at 18004 Jonesboro Road, Abingdon, VA [the VADMV registration relating to the vehicle is incorrect as the address should read "18004 Old Jonesboro Road" – there is no "Jonesboro Road" in Abingdon or Washington County, VA. 18004 Old Jonesboro Road, Abingdon, VA is the known (via VADMV records) residence of Kamala Storme O'Quinn.] The SOIs suspect that Blankenship is trading

methamphetamine for ingredients/selling methamphetamine at the commons area. The SOIs also suspect that Blankenship is manufacturing methamphetamine at the commons area.

9. On 10-08-2014, one of the SOIs reported to law enforcement that there was suspected methamphetamine lab trash again at the commons area. This affiant responded to the commons area and observed small burn piles with melted acid gas generators (plastic drink bottles with plastic hoses protruding from their caps - used during the final phase of clandestine methamphetamine production). In the grassy area surrounding the melted acid gas generators, this affiant also discovered a torn apart lithium battery casing, blue nitrile gloves, lithium battery packaging, and small, plastic, Ziplock-type "stamp" baggies with designs/markings (commonly utilized by narcotics traffickers to distribute small quantities of controlled substances).

10. On 10-16-2014, one of the SOI's reported to law enforcement that there was suspected methamphetamine lab trash again at the commons area. Law enforcement responded to the commons area and discovered (3) acid gas generators, a Coleman Fuel container, torn apart lithium batteries, and burned instant cold pack packaging. Located in the same area as a melted acid gas generator, the Coleman Fuel container, and the burned instant cold pack packaging, was a prescription pill bottle in the name of Kamala O'Quinn.

11. Kimberly Dillard and Christopher Michael Blankenship both have 21670 Lakeshore Drive, Abingdon, VA listed as the address on their driver licenses. This address was the known residence for both Dillard and Blankenship during September 2014 through October 2014. Dillard still resides at the Lakeshore address (Blankenship does not). On November 18, 2014, law enforcement in Bristol, VA responded twice to the residence of Katelyn Duncan at 718 Oakview Ave, Unit C-3, Bristol, VA in regards to domestic disturbance complaints. On both occasions, Duncan and Christopher Blankenship were present in the residence.

12. During November 2014, Kamala O'Quinn was interviewed by law enforcement. O'Quinn admitted to having used methamphetamine and purchasing pseudoephedrine for Christopher Blankenship so that Blankenship could manufacture methamphetamine. O'Quinn claimed that she terminated her relationship with Blankenship during November 2014 because he was manufacturing methamphetamine almost every day. Q'Quinn claimed that Kimberly Dillard was also purchasing pseudoephedrine for Blankenship as was Blankenship's new girlfriend (name unknown to O'Quinn) who lives in a Bristol, VA Housing Authority residence. O'Quinn believed the girlfriend lived in "Rice Terrace", however, it appears to law enforcement that the girlfriend (believed to be Katelyn Duncan) actually resides in "Johnson Court" on Oakview Avenue in Bristol, VA. Rice Terrace and Johnson Court are both Bristol Housing Authority facilities/units. O'Quinn stated that Blankenship was manufacturing methamphetamine between the buildings on the Bristol Housing Authority grounds.

13. On November 18, 2014, Dillard and Duncan both purchased pseudoephedrine at the I-81 Exit 7 Walmart in Bristol, VA. This affiant has reviewed security camera

images relating to the purchases. The images revealed Blankenship and Duncan entering the store together just prior to Duncan's purchase of pseudoephedrine. The images also revealed Dillard, Duncan, and Blankenship all exiting the store together shortly before Dillard returned to the store (approximately 5 minutes later) and purchased pseudoephedrine.

14. This affiant recently reviewed pseudoephedrine sales data provided by a number of retailers (as required under The Combat Methamphetamine Epidemic Act of 2005) and sales data provided by retail stores that sell instant cold packs (ammonium nitrate) and noted the following information relating to Christopher Blankenship, Kimberly Dillard, and Kamala O'Quinn, and Katelyn Duncan:

   - On 06-04-2014, Christopher Blankenship purchased a (5) day supply of pseudoephedrine.

   - On 06-05-2014, Kimberly Dillard purchased a (15) day supply of pseudoephedrine.

   - On 06-14-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

   - On 07-05-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

   - On 07-10-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine.

   - On 07-21-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

   - On 07-22-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine.

   - On 08-17-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

   - On 08-22-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine.

   - On 08-23-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

   - On 09-07-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

   - On 09-08-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine.

   - On 09-12-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine.

- On 09-17-2014, Kamala O'Quinn purchased a (10) day supply of pseudoephedrine.

- On 09-20-2014, Kamala O'Quinn purchased a (10) day supply of pseudoephedrine. (This purchase was made only (3) days after she purchased a (10) day supply of pseudoephedrine on 09-17-2014.)

- On 09-21-2014, Kamala O'Quinn purchased an instant cold pack.

- On 09-21-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine. On this same date, Kamala O'Quinn purchased an instant cold pack.

- On 09-24-2014, Christopher Blankenship purchased an instant cold pack (ammonium nitrate) and a red funnel. This purchase occurred at approximately 9:00am at the Dollar General store on E. Main Street in Abingdon, VA (reference the information from SOI#2 in ¶7 above).

  [On 09-24-2014, this affiant reviewed the Dollar General store security video showing Christopher Blankenship purchasing the instant cold pack and red funnel at approximately 9:00am on this same date.]

- On 10-01-2014, Christopher Blankenship purchased a (5) day supply of pseudoephedrine. On this same date, Kamala O'Quinn purchased a (10) day supply of pseudoephedrine. On this same date, an individual utilizing the silver colored Acura with VA license plates WMU-8837 (see ¶9 above) purchased an instant cold pack.

- On 10-07-2014, an individual utilizing the silver colored Acura with VA license plates WMU-8837 purchased an instant cold pack.

- On 10-09-2014, Katelyn Duncan purchased a (10) day supply of pseudoephedrine.

- On 10-10-2014, Kamala O'Quinn attempted to purchase a (10) day supply of pseudoephedrine.

- On 10-16-2014, Katelyn Duncan purchased a (10) day supply of pseudoephedrine.

- On 10-23-2014, Katelyn Duncan purchased a (10) day supply of pseudoephedrine.

- On 10-26-2014, Christopher Blankenship purchased a (15) day supply of pseudoephedrine.

- On 10-27-2014, an individual utilizing the silver colored Acura with VA license plates WMU-8837 purchased an instant cold pack.

- On 10-28-2014, Christopher Blankenship purchased a (5) day supply of pseudoephedrine (just two days after his purchase of a fifteen day supply of pseudoephedrine).

- On 10-31-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine. Katelyn Duncan purchased a (3) day supply of pseudoephedrine on this same date.

- On 11-04-2014, Christopher Blankenship purchased a (15) day supply of pseudoephedrine. [As of this purchase, Blankenship purchased a (35) day supply of pseudoephedrine within a (9) day period beginning 10-26-2014.]

- On 11-07-2014, Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine.

- On 11-09-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine. Katelyn Duncan purchased a (10) day supply of pseudoephedrine on this same date.

- On 11-13-2014, Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine.

- On 11-18-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine. Katelyn Duncan purchased a (10) day supply of pseudoephedrine on this same date.

- On 11-19-2014, Christopher Blankenship attempted to purchase a (10) day supply of pseudoephedrine.

- On 11-24-2014, Katelyn Duncan purchased a (3) day supply of pseudoephedrine.

- On 12-01-2014, Katelyn Duncan purchased a (10) day supply of pseudoephedrine.

- On 12-04-2014, Kimberly Dillard purchased a (10) day supply of pseudoephedrine. On this same date, Dillard's blue minivan was used by an individual to purchase an instant cold pack.

- On 12-06-2014, Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine.

- On 12-10-2014, Katelyn Duncan purchased a (10) day supply of pseudoephedrine.

- On 12-14-2014, Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine.

- On 12-16-2014, Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine.

- On 12-17-2014, Christopher Blankenship purchased a (5) day supply of pseudoephedrine.

- On 12-19-2014, Katelyn Duncan purchased a (10) day supply of pseudoephedrine.

- On 12-24-2014, Christopher Blankenship purchased a (5) day supply of pseudoephedrine. Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine on this same date.

- On 12-26-2014, Christopher Blankenship purchased a (10) day supply of pseudoephedrine. Katelyn Duncan attempted to purchase a (10) day supply of pseudoephedrine on this same date.

- On 12-28-2014, Katelyn Duncan purchased a (3) day supply of pseudoephedrine.

- On 01-05-2015, Christopher Blankenship purchased a (5) day supply of pseudoephedrine.

15. Pseudoephedrine and ammonium nitrate (instant cold packs) are key ingredients to the manufacturing of methamphetamine via the ammonium nitrate/lithium metal method. During the last several years, this affiant has routinely found and seized (via search warrants and consent searches) the aforementioned ingredients (and packaging of same) at methamphetamine manufacturing/precursor preparation sites. This affiant has encountered and seized said ingredients at such sites in various forms/stages (e.g. sludges/mixed with liquids) related to methamphetamine production and contained in a variety of glass and plastic containers days, weeks, and even months after the ingredients were purchased at pharmacies/retail stores. This affiant has also encountered/seized the packaging and receipts related to the aforementioned ingredients and other chemicals/ingredients necessary for methamphetamine production at methamphetamine manufacturing/precursor preparation sites days, weeks, and even months after the chemicals/ingredients were purchased for/used in the manufacturing of methamphetamine.

16. On 12-04-2014, Kimberly Dillard admitted to law enforcement that she purchased pseudoephedrine and an instant cold pack on 12-04-2014 and gave the items to Christopher Blankenship on that same date.

17. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally manufacture methamphetamine and/or conspire to do so typically maintain methamphetamine manufacturing precursors/chemicals/equipment (as described in paragraph #5 above) along with receipts / notes / messages / records / telephone numbers / contact data and related call logs (all pertaining to manufacturing/conspiracy to manufacture methamphetamine), and other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on their persons, inside their residences, garages, outbuildings/barns, campers, vehicles

(or the vehicles they operate), and inside of vehicles registered to other persons when those vehicles are parked at the manufacturer's/conspirator's residence/property. This affiant routinely encounters the aforementioned messages, telephone numbers, call logs, and contact information relating to methamphetamine manufacturing co-conspirators in cellular/smart telephones encountered at/seized from the above listed locations during the course of executing search warrants that authorized the search for such items/data from cellular telephones (and other digital media) at methamphetamine manufacturers'/co-conspirators' residences/properties/vehicles.

18. Individuals who manufacture methamphetamine and/or conspire to do so routinely have persons who are methamphetamine users and/or additional co-conspirators (i.e. shoppers) present at their residences/properties. These users/co-conspirators often illegally possess methamphetamine and methamphetamine use paraphernalia and routinely possess notes, stored telephone numbers, contact data, and messages pertaining to their relationships with methamphetamine manufacturers/ manufacturing co-conspirators. These users/co-conspirators are oftentimes in possession of other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) and possess these items on their persons and in their vehicles (or the vehicles they operate) which are oftentimes parked at the drug manufacturer's/co-conspirator's residences/properties.

19. The clandestine manufacturing of methamphetamine is an extremely dangerous process that involves the use of toxic, flammable, explosive, and incompatible chemicals. Explosions, fires, and toxic gasses generally pose the greatest threats to law enforcement officers executing search warrants at methamphetamine manufacturing sites. It is not uncommon for methamphetamine manufacturers to panic when they become aware of a law enforcement presence at a methamphetamine manufacturing site. As a result of their panic, methamphetamine manufacturers have been known to attempt to dispose of evidence of their manufacturing by throwing/pouring chemicals into toilets, bathtubs, and sinks before law enforcement can gain entry and secure the premises. The pouring/mixing of the various chemicals during the attempted disposal creates an increased risk of explosion, fire, and toxic gas exposure due to the nature of the chemicals involved. This affiant believes that the above presents reasonable suspicion that knocking and announcing the presence of law enforcement officers at the time of the execution of this search warrant would prove dangerous to the law enforcement officers involved in the execution of the search warrant.

20. Katelyn Duncan's known residence is 718 Oakview Avenue, Unit C-3, Bristol, VA.

20. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the premises known as 718 Oakview Avenue, Unit C-3, Bristol VA (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) at said premises.

_____   1-09-2015
Brian Snedeker, Special Agent (DEA)            Date

Subscribed and sworn to before me, this the ___9th___ day of __January__, 2015
in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia